IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OTIS DOLPHIN, JR.,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 06-088-GPM ) |
| **EQUIBASE, L.L.C., and JOCKEY CLUB RACING SERVICES,** | ) ) ) |
| **Defendants.** | ) ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on Defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated June 13, 2006, Defendants' motion to dismiss is granted. Judgment is entered in favor of Defendants, **EQUIBASE, L.L.C., and JOCKEY CLUB RACING SERVICES**, and against Plaintiff, **OTIS DOLPHIN, JR.**, and this action is dismissed on the merits.

**DATED**: 06/13/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED: s/ G. Patrick Murphy
               G. PATRICK MURPHY
               CHIEF U.S. DISTRICT JUDGE